Seymour E. ALLEN, Plaintiff, Appellant, v. PROBATE COURT OF HAMPDEN COUNTY, SPRINGFIELD, MASSACHUSETTS, Defendant, Appellee.

No. 4404.

United States Court of Appeals
First Circuit.

May 9, 1949.

Seymour E. Allen, of Springfield, Mass., pro se.

Edward P. Healy, Asst. Atty. Gen., of Massachusetts (Francis E. Kelly, Atty. Gen., of Massachusetts, on the brief), for appellee.

Before MAGRUDER, Chief Judge, WOODBURY, Circuit Judge, and LINDLEY, District Judge.

PER CURIAM.

The order of the District Court is affirmed.